# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAREMONT HOMES, INC., | Case No. 12-cv-02875 NC |
| Plaintiff, | **ORDER GRANTING MOTIONS TO PROCEED IN FORMA PAUPERIS AND ORDER TO SHOW CAUSE** |
| v. | |
| GARRY RAY BAUDER and KATHLEEN A. BAUDER, | Re: Dkt. Nos. 1, 3, 4 |
| Defendants. | |

Defendants Garry R. Bauder and Kathleen A. Bauder move to proceed in forma pauperis. Dkt. Nos. 4, 5. The motions are GRANTED.

As the single claim in the complaint arises exclusively out of state law and defendants appear to be citizens of California, this Court lacks subject matter jurisdiction over this action. Accordingly, by August 13, 2012, defendants must show cause in writing why this action should not be remanded to state court for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Date: July 12, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-02875 NC
ORDER TO SHOW CAUSE